**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL THOMAS WOFFINDEN,  ) | NO. CV 08-05055 R (SS) |
| )  Petitioner,  ) | |
| ) | **JUDGMENT** |
| v.  ) | |
| ) | |
| KEN CLARK, Warden,  ) | |
| ) | |
| )  Respondent.  ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 18, 2009

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE